UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
             -v-                                           :          18-CR-108 (PAE)
                                                                        :
JAQUAN ANGEVINE,                                                        :          ORDER
                                                                        :
                      Defendant.                              :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        For the reasons stated on the record at today's conference, the Court **ORDERED** that the defendant be placed under home confinement, with electronic monitoring, through May 1, 2020.

        SO ORDERED.

Dated: March 2, 2020  
       New York, New York

                                                            PAUL A. ENGELMAYER  
                                                           United States District Judge