UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                                   :

UNITED STATES OF AMERICA,                                   :

                -v-                                                 :                        18-CR-108 (PAE)

JAQUAN ANGEVINE,                                               :                        SCHEDULING ORDER

                        Defendant.                                 :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has scheduled a telephonic conference in this case for **May 26, 2020** at **10:30 a.m.** To access the conference the parties, and any members of the public, should dial **888-363-4749** and use access code **468-4906**. The Court requests that the Government submit a joint letter with the Probation Department by 5:00 p.m. on May 21, 2020 outlining the violations of supervised release that the Probation Department believes have occurred and the Government's position as to next steps. The Court invites defense counsel to respond no later than 5:00 p.m. on May 22, 2020.

       SO ORDERED.

Dated: May 21, 2020
       New York, New York

                                                      PAUL A. ENGELMAYER
                                                    United States District Judge