UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
        -v-                                                             :       18-CR-108 (PAE)
                                                                        :
JAQUIN ANGEVINE,                                                        :       ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has received notification from the Probation Department indicating new acts of non-compliance by defendant Angevine with his conditions of supervised release on May 31 and June 1, 2020.  In particular, Mr. Angevine appears to have sent a false receipt to Probation Department to substantiate a claim to have been grocery shopping, when in fact, a photograph obtained by the Probation Department indicates that Mr. Angevine was at an outdoor bar, which is forbidden under his terms of supervised release.  Defense counsel may obtain the documentation as to this incident from SDNY Probation Officer David Mulcahy or EDNY Probation Officer Allison Aucoin.  The Court directs defense counsel to submit a letter, due Friday, June 5, 2020, setting forth (1) Mr. Angevine's complete factual representations as to his full whereabouts on May 31 and June 1 2020, and (2) the defense's position as to whether, on those days, Mr. Angevine was at all times in compliance with his conditions of release.

       The Court further notifies the defense that, at the conference scheduled for June 16, 2020, the Court may order Mr. Angevine's immediate remand.  In anticipation of that possibility, and to assure that Mr. Angevine's remand does not needlessly expose others to health risks, the Court

therefore directs Mr. Angevine forthwith to rigorously engage in social-distancing and to avoid any behavior apt to increase his risk of contracting COVID-19.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: June 3, 2020
       New York, New York