UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
            -v-                                 :      18-CR-108 (PAE)
                                                :
JAQUIN ANGEVINE,                                :      SCHEDULING ORDER
                                                :
                        Defendant.              :
                                                :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **July 7, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: July 1, 2020
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge