| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>   UNITED STATES OF AMERICA,<br>                     -v-<br>   JAQUAN ANGEVINE,<br>                              Defendant.<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/7/2021<br><br>1:20-cr-358-GHW-1<br>1:18-cr-108-GHW-1<br><u>ORDER</u> |

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter on May 12, 2021 is adjourned to May 17, 2021 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: May 7, 2021  
       New York, New York

                                          GREGORY H. WOODS  
                                          United States District Judge